[No. 22013-0-II.    Division Two.    February 5, 1999.]

BONNIE LEWIS, *Respondent*, v. BOBBIE LEWIS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 93-3-01577-1, Bruce W. Cohoe, J., entered May 23, 1997. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Bridgewater, C.J., and Houghton, J.

[No. 22355-4-II.    Division Two.    February 5, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. OK CASEY CONNETT, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-1-01635-1, Bryan E. Chushcoff, J., entered August 27, 1997. *Affirmed* by unpublished opinion per Bridgewater, C.J., concurred in by Morgan and Armstrong, JJ.

[No. 22865-3-II.    Division Two.    February 5, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY McWHORTER, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 97-8-01302-3, William J. Kamps, J., entered January 28, 1998. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Armstrong, A.C.J., and Hunt, J.

[No. 23012-7-II.    Division Two.    February 5, 1999.]

STEVE TALONEY, ET AL., *Appellants*, v. DONALD J. FARRELL, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-2-08080-8, Thomas Felnagle, J., entered February 18, 1998. *Affirmed* by unpublished opinion per Bridgewater, C.J., concurred in by Houghton and Hunt, JJ.